UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA G. YORK,<br><br>                Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No. CV-05-0260-MWL<br><br>REPORT AND RECOMMENDATION TO GRANT JOINT MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 12). The parties have **not** consented to proceed before a magistrate judge. *See* September 28, 2005 entry by deputy clerk. After considering the stipulation,

    **IT IS HEREBY RECOMMENDED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ shall: 1) consolidate Plaintiff's applications for disability insurance benefits and Supplemental Security Income (SSI) disability benefits filed on July 15, 1996 and her applications for disability insurance benefits and SSI disability benefits filed on October 15, 2001 and rule on the entire period at issue;

REPORT AND RECOMMENDATION RE: STIPULATED REMAND - 1

2) give further consideration to the issue of whether Plaintiff performed substantial gainful activity; 3) give further consideration to the severity of Plaintiff's mental impairment(s) during the entire period and, in so doing, evaluate all of the opinion evidence, including, but not limited to, the opinions of John McRae, Ph.D. (Tr. 317-320), Steven Sutherland, Ph.D. (Tr. 572-573), and James Bailey, Ph.D. (Tr. 574-577), and provide a rationale for any findings regarding severity and residual functional capacity; 4) consider the opinions of Robert Schneider, M.D. (Tr. 48-49, 262, 264-265, 664-665, 666-667, 693-694, 699-700); 5) consider the lay witness statements of Jimmie York (Tr. 520-524) and Joann Latin (Tr. 411-412) and, as necessary, further evaluate Plaintiff's credibility; 6) obtain supplemental evidence from a vocational expert regarding Plaintiff's ability to do her past work or other work in the national economy; and 7) conduct any further proceedings as necessary to determine the materiality of any alcoholism.  On remand, this case will be assigned to a different ALJ, other than ALJ Paul Gaughen, pursuant to the provisions of Hallex I-2-155(D)(11)(a).

This Court recommends the reversal of the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER RECOMMENDED:**

1.   The parties Joint Motion to Remand (**Ct. Rec. 12**) be **GRANTED**;

///

REPORT AND RECOMMENDATION RE: STIPULATED REMAND - 2

2.   Judgment be entered for the **PLAINTIFF**; and

3.   An application for attorney fees may be filed by separate motion.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof.  Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor.  Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.  See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington.  A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

///
///
///

REPORT AND RECOMMENDATION RE: STIPULATED REMAND - 3

1 | The District Court Executive is directed to enter this Report and Recommendation and to forward copies to counsel and to the referring judge.

DATED this  14th  day of March, 2006.


                                    S/ Michael W. Leavitt
                                    MICHAEL W. LEAVITT
                                    UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2