UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA G. YORK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | NO. CV-05-0260-FVS<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

　　　On March 14, 2006, the parties filed a stipulation for the remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 12).  The parties did not consent to proceed before a magistrate judge in this matter.  Now before the court is the magistrate judge's report and recommendation, entered on March 14, 2006, recommending the adoption of the parties' stipulation that this action be reversed under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further proceedings.  (Ct. Rec. 13).  Upon consideration of the report and recommendation, the Court adopts the magistrate judge's report and recommendation in its entirety.

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Having reviewed the report and recommendation and there being no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation, filed on March 14, 2006 (**Ct. Rec. 13**) is **ADOPTED** in full.  The parties Joint Motion to Remand (**Ct. Rec. 12**) is **GRANTED** and this action is reversed and remanded for further proceedings consistent with the magistrate judge's March 14, 2006 report and recommendation.  Judgment shall be entered for the **PLAINTIFF.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel and close the file.

**DATED** this 3rd day of April, 2006.

> s/Fred L. Van Sickle
> FRED L. VAN SICKLE
> UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2